UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WARREN & GRANT, P.A., a Florida Professional Association,

    Plaintiff,

vs.

TRUIST BANK, N.A., a National Banking Association,

    Defendant.
_____/

CASE NO: 25-CV-80358

## JOINT SCHEDULING REPORT

The parties, WARREN & GRANT, P.A. ("Plaintiff") and TRUIST BANK ("Defendant"), by and through their undersigned attorneys, pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, S.D. Fla. L.R. 16.1.B.2, file this Joint Scheduling Report, addressing discovery and other pretrial issues.

**1.  Likelihood of Settlement**

Undetermined at this stage of the proceedings. However, the parties agree to continuous exploration of the possibility of settlement.

**2.  Appearance of Additional Parties**

The parties do not anticipate the appearance of additional parties at this time.

**3.  Proposed Time Limits**[1]

    (i)    To join other parties and amend the pleadings – the latter of (i) May 30, 2025 or (ii) 30 days after the Court rules on Defendant's pending Motion to Dismiss

    (ii)    To file and hear motions – January 30, 2026

    (iii)    To complete discovery – August 29, 2025

---

[1] Plaintiff states that the discovery deadline agreed to here is without prejudice to Plaintiff's right to seek an extension of deadlines based on Defendant's discovery responses.

CASE NO: 25-CV-80358

4. **Proposals for Simplification of Issues and Summary Judgment Motions**

Counsel shall meet before the Pretrial Conference to discuss any proposals for the formulation and simplification of issues. Otherwise, none at this time. The parties propose that motions for full or partial summary judgment motions shall be filed on or before November 14, 2025.

5. **Necessity and Desirability of Amendments to Pleadings**

Defendant has a pending Motion to Dismiss Counts III and IV of the Complaint [D.E. 6] and believes that further amendment of those claims is futile. Plaintiff opposes the Motion to Dismiss.

6. **Possibility of Obtaining Admissions of Fact and Documents**

Counsel will meet after the applicable discovery cutoff date to discuss stipulations regarding the authenticity of documents and the need for advance rulings from the Court on admissibility of evidence. See dates above.

7. **Suggestions for Avoidance of Unnecessary Proof and Cumulative Evidence**

At this time, the parties have no suggestions for avoidance of unnecessary proof and cumulative evidence but will endeavor to find ways to litigate this case efficiently. See dates above.

8. **Referral of Matters to Magistrate Judge of Master**

The parties agree to refer initial discovery matters to the Magistrate Judge. The parties do not consent to trial before the United States Magistrate Judge at this time.

9. **Preliminary Estimate of Time for Trial**

The parties estimate that the jury trial will take between four to five days.[2]

---

[2] Defendant intends to file a Motion to Strike the Demand for Jury Trial based upon the waiver contained in the contract governing the subject account(s). Provided that the Motion to Strike the Demand for Jury Trial is granted, the estimated length of the trial would be two to three days.

2

CASE NO: 25-CV-80358

**10.    Requested Dates for Pretrial Conferences and Trial**

The parties request a pretrial conference be held at least two weeks prior to trial. The parties request trial commencing March 2, 2026.

**11.    Any Other Helpful Information**

At this time, the parties do not have any other information that would be helpful to this Court.

Respectfully submitted,

| | |
|---|---|
| **Warren & Grant, P.A.** | **Liebler, Gonzalez & Portuondo** |
| 4800 N. Federal Highway | Courthouse Tower - 25th Floor |
| Suite A-205 | 44 West Flagler Street |
| Boca Raton, FL 33431 | Miami, FL 33130 |
| Telephone: (561) 681-9494 | Telephone: (305) 379-0400 |
| Fax: (561) 681-9436 | Fax: (305) 379-9626 |
| | |
| */s/ Richard B. Warren* | */s/ Sahily Serradet* |
| RICHARD B. WARREN | MARC T. PARRINO |
| Florida Bar No. 326089 | Florida Bar No. 18197 |
| rick@warrengrant.com | Email: mtp@lgplaw.com |
| MICHAEL L. GRANT | SAHILY SERRADET |
| Florida Bar No. 799661 | Florida Bar No. 077620 |
| michael@warrengrant.com | E-mail: ss@lgplaw.com |
| JACOB W. WARREN | *Attorneys for Bank of America, N.A.* |
| Florida Bar no. 0119445 | |
| jacob@warrengrant.com | |
| *Attorneys for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of April, 2025, I electronically filed the foregoing with the Clerk of Courts by using the Florida Courts E-filing Portal which will send a notice of electronic filing to the following: **Richard B. Warren, Esq.,** *Attorneys for Plaintiff,* Warren & Grant, P.A., 4800 N. Federal Highway, Suite A-205, Boca Raton, FL 33431 (rick@warrengrant.com; michael@warrengrant.com; jacob@warrengrant.com).

/s/ *Sahily Serradet*
SAHILY SERRADET