UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WARREN & GRANT, P.A., a Florida Professional Association,

      Plaintiff,

vs.

TRUIST BANK, N.A., a National Banking Association,

      Defendant.
_____/

CASE NO: 25-CV-80358

**PROPOSED SCHEDULING ORDER SETTING**
**CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **March 2, 2026**. The **Calendar Call** will be held **at ----- on -------**. The parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of motion to amend the complaint by the latter of (i) May 30, 2025 or (ii) 30 days after the Court Rules on Defendant's pending Motion to Dismiss

2. Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by July 25, 2025

3. Defendants shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by August 8, 2025

4. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by August 22, 2025

5. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by May 30, 2025

**CASE NO: 25-CV-80358**

| | | |
|---|---|---|
| 6. | Fact discovery shall be completed by | August 29, 2025 |
| 7. | Expert discovery shall be completed by | September 26, 2025 |
| 8. | Dispositive motions, including those regarding summary judgment and Daubert, shall be filed by | November 14, 2025 |
| 9. | Mediation shall be completed by | August 29, 2025 |
| 10. | All pretrial motions and memoranda of law, including motions in limine, shall be filed by | December 19, 2025 |
| 11. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | February 13, 2026 |

DONE AND ORDERED in Chambers at Fort Pierce, Florida on this _____ day of April, 2025.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel for Plaintiff and Defendant